# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>　Plaintiff,<br><br>v.<br><br>8 LA PIZZAS, LLC., A CALIFORNIA LIMITED LIABILITY COMPANY, a California limited liability company; and DOES 1-10, inclusive,<br><br>　Defendants. | Case No.: 2:21-cv-01844-PA-AGR<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

1
2
3
4
5       After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and 8 La Pizzas, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

6       IT IS SO ORDERED.

7
8   DATED:  April 23, 2021
9
10                                         _____
                                           UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---
1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE